**REDACTED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

OCT 26 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:22-CR-61 |
| | ) | Violation: |
| BRITTANY M. HILL | ) | 18 U.S.C. § 922(a)(6) |

**THE GRAND JURY CHARGES:**

<u>COUNTS 1-8</u>

Between on or about February 9, 2020, and April 18, 2021, in the Northern District of Indiana,

BRITTANY M. HILL,

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual purchaser of the firearm, knowing that information to be false, in the following manner:

   Count 1:   On or about December 9, 2020, during the purchase of a Glock G 17 pistol from Ranger Supply Company;

Count 2: On or about September 26, 2020, during the purchase of two Glock 19 pistols from Auburn Arms;

Count 3: On or about October 9, 2020, during the purchase of a Glock 43 pistol and a Smith & Wesson Bodyguard pistol from ZX Gun, Inc.;

Count 4: On or about October 28, 2020, during the purchase of a Glock 17 pistol and a Glock 19 pistol from ZX Gun, Inc.

Count 5: On or about November 23, 2020, during the purchase of two Glock 30S pistols, from Sportsman's Warehouse;

Count 6: On or about January 27, 2021, during the purchase of a Glock 21 pistol from Sportsman's Warehouse;

Count 7: On or about March 29, 2021, during the purchase of a Glock 23 pistol and a Glock 30S pistol from Sportsman's Warehouse;

Count 8: On or about April 18, 2021, during the purchase of a Glock 43 pistol from Sportsman's Warehouse;

All in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL

/s/ Foreperson
Foreperson


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


  /s/ Stacey R. Speith
By: Stacey R. Speith
Assistant United States Attorney